DOA: 12-14-22

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Julio Cesar CHAVEZ,<br><br>　　　　　　　　　Defendant. | Case No.:  22-mj-08821-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 14, 2022, within the Southern District of California, defendant, Julio Cesar CHAVEZ, did knowingly import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts which is incorporated herein by reference.

Joseph P. Ford, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th day of December, 2022.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Julio Cesar CHAVEZ

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Joseph Ford.

On December 14, 2022, at approximately 0247 hours, Julio Cesar CHAVEZ (CHAVEZ), a United States citizen, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry in vehicle primary lane #3. CHAVEZ was the driver and sole occupant of a 2013 Volkswagen Jetta Clasico ("the vehicle") bearing Baja California/Mexico license plates. The Customs and Border Protection Officer (CBPO) received a negative declaration from CHAVEZ. CHAVEZ stated to the CBPO that he was headed home to Brawley, California. The CBPO opted to refer CHAVEZ to secondary inspection at this time.

While in Vehicle Secondary, the vehicle was scanned utilizing a Z-Portal X-Ray machine. The CBPO operating the Z-Portal X-Ray machine detected anomalies in the front passenger seat of the vehicle. Thereafter, a Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the driver side front passenger area.

Further inspection of the vehicle resulted in the discovery of three (3) packages concealed in non-factory compartments located under the driver's seat and front

3

passenger seat. The total approximate weight of the packages was 3.6 kilograms (7.936 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

CHAVEZ was placed under arrest and advised of his rights per Miranda. CHAVEZ acknowledged his rights and agreed to answer questions without the presence of an attorney. During the interview, CHAVEZ claimed that he had no knowledge of the presence of the narcotics in the vehicle upon crossing into the United States. CHAVEZ stated that the vehicle belonged to his sister and he was borrowing the vehicle from his sister.

CHAVEZ was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was booked into the GEO-El Centro Detention Facility to await initial appearance.